UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                                              Crim. No. 25-181 (PAM/DTS)

          Plaintiff,

v.                                                                                                    **ORDER**

Gabriel Orion Lowther,

          Defendant.

_____

This matter is before the Court on Defendant Gabriel Orion Lowther's Motion for a continuance and to exclude time. Defendant's plea hearing was set for November 20, 2025, but had to be rescheduled due to counsel's unavailability.

The Court finds that the ends of justice served by continuing this case outweigh the interest of the public and Defendant in a speedy trial under 18 U.S.C. § 3161(h)(7)(A). In making this finding, the Court concludes that failure to exclude time would result in a miscarriage of justice. Thus, the Court will continue the plea hearing in this matter and exclude time from computation under the Speedy Trial Act.

Accordingly, **IT IS HEREBY ORDERED that:**

1. Defendant's Motion (Docket No. 22) is **GRANTED**;

2. The period of time between November 20, 2025, and the plea hearing, is excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A); and

2

3. The plea hearing in this matter is **CONTINUED** to a date and time to be determined.

Dated: November 21, 2025

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge